GIRARD GIBBS LLP
Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
Angelica M. Ornelas (SBN 285929)
amo@girardgibbs.com
Elizabeth A. Kramer (SBN 293129)
eak@girardgibbs.com
601 California Street, Suite 1400
San Francisco, California 94108
Tel:   415-981-4800
Fax:  415-981-4846

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY H. SMITHSON, Individually and On Behalf Of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 2:17-cv-07485-FMO (RAOx)<br><br>DISCOVERY MATTER<br><br>Honorable Rozella A. Oliver<br><br>[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER |

1  The Court, having reviewed the Stipulation between Plaintiff Roy H. Smithson
2  and Defendant Jackson National Life Insurance Company requesting the entry of a
3  Stipulated Protective Order, filed on April 3, 2018, Doc. 77, approves the parties'
4  Stipulated Protective Order.
5  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

7  Dated:  April 4, 2018                           *Rozella A. Oliver*
8                                                   HON. ROZELLA A. OLIVER
                                                    United States Magistrate Judge

1

[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER
Case No.: 2:17-cv-07485-FMO (RAOx)